IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JENNIFER N. OLSEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion (filing 37) to restrict motion and brief for downward departure (filing 38) is granted.

(2)   The defendant's motion (filing 39) for correction to filing 38 is noted.

June 9, 2008.                             BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge